# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| HAYES LEMMERZ INTERNATIONAL-GEORGIA, INC., ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION NO. 2:09-CV-00021-RWS |
| v. ) ) | |
| PUNCH PROPERTY INTERNATIONAL NV, ) ) ) | |
| Defendant. ) | |

## PLAINTIFF'S NOTICE OF REQUEST TO DEFENDANT TO FILE CERTAIN DEPOSITION TRANSCRIPTS

Pursuant to L.R. 5.4B(1), Plaintiff hereby requests that Defendant file the transcript of the following depositions in their entirety:

1. Deposition of Steve Esau (30(b)(6)) taken on July 27, 2011;

2. Deposition of Steve Esau (30(b)(6)) taken on August 19, 2011;

Plaintiff further requests that Defendant file the transcripts of the following depositions under seal in accordance with the Stipulated Confidentiality and Protective Order entered in this case [Dkt. 65 as So Ordered by Dkt. 101]:

3. Confidential Deposition of Marc Hendrickx taken on July 28, 2011;

4. Confidential Deposition of Giorgio Mariani taken on July 20, 2011;

5. Confidential Deposition of Giorgio Mariani taken on September 14, 2011;

6. Confidential Deposition of John Salvette taken on December 9, 2011;

7. Confidential Deposition of Freddy Bentley, Jr. taken on August 17, 2011; and

8. Confidential Deposition of Pieter Klinkers taken on July 19, 2011.

In accordance with Fed. R. Civ. P. 30(f)(1), Defendant, as the party who arranged for the transcript and deposition of the below listed witnesses, must store the original transcript and protect it "against loss, destruction, tampering, or deterioration." Fed. R. Civ. P. 30(f)(1). As Defendant is the custodian of the original transcripts, Plaintiff hereby requests that the custodian, Defendant, file the discovery materials listed above and in accordance with the Stipulated Confidentiality and Protective Order as So Ordered by the Court.

Respectfully submitted this 23rd day of May, 2012.

/s/ David P. Thatcher
David P. Thatcher
Georgia Bar No. 703299
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
One Ninety One Peachtree Tower
191 Peachtree Street, N.E., Suite 4800
Atlanta, Georgia 30303
Telephone: (404) 881-1300
david.thatcher@ogletreedeakins.com

Attorneys for Plaintiff
Hayes Lemmerz International-Georgia, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| HAYES LEMMERZ INTERNATIONAL-GEORGIA, INC., | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 2:09-CV-00021-RWS |
| v. | ) ) | |
| PUNCH PROPERTY INTERNATIONAL NV, | ) ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I certify that on May 23, 2012, I electronically filed a copy of PLAINTIFF'S NOTICE OF REQUEST TO DEFENDANT TO FILE CERTAIN DEPOSITION TRANSCRIPTS with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following:

George Koenig
Koenig Law Group, P.C.
Peachtree 25th, Suite 599
1718 Peachtree Street, N.W.
Atlanta, Georgia  30309

By:/s/David P. Thatcher
David P. Thatcher
Georgia Bar No. 703299